In the United States District Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| Jill Wilson,<br>    *Plaintiff*,<br><br>v.<br><br>Best Way Express, Inc. and<br>Robert Lee Gray,<br>    *Defendants*. | Civil Action No. 3:17-CV-0638-B<br><br>Jury Demanded |

### Joint Stipulation of Dismissal

To The Honorable Judge of Said Court:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jill Wilson and Defendants Best Way Express, Inc. and Robert Lee Gray, by and through their attorneys,

Respectfully submit this Joint Stipulation of Dismissal of this action with prejudice, each party to bear their own costs and fees. The parties request that the Clerk of Court now close this case.

*[Signature Block on Following Page]*

Respectfully Submitted,

**Brown Sims, P.C.**

_/s/ Michael D. Williams_
Michael D. Williams
Texas Bar No. 21464330
Federal I.D. No: 6982
mwilliams@brownsims.com
1177 West Loop South, Tenth Floor
Houston, Texas 77027
713.629.1580
713.629.5027 (Facsimile)

Roy L. Stacy
Texas Bar No. 18988900
Federal I.D. No. 18635
STACY, CONDER, ALLEN, LLP
901 Main Street, Suite 6200
Dallas, Texas 75202-3757
stacy@stacyconder.com
(214) 748-5000
(214) 748-1421 (facsimile)

*Attorneys for Defendants Best Way Express, Inc. and Robert Lee Gray*

and

**Gandara & Gonzalez, PLLC**

_/s/Cassandra M. Gandara_
Cassandra M. Gandara
State Bar No. 24059800
cassandra@oakclifflawyers.com
Jessica A. Gonzalez
State Bar No. 24076176
jessica@oakclifflawyers.com
400 S. Zang Blvd., Suite 816
Dallas, Texas 75208
972.755.9897
972.619.8813 (Fax)

*Attorneys for Plaintiff*

## Certificate of Service

This is to certify that a true and correct copy of the foregoing instrument has been forwarded to all attorneys of record in accordance with the Federal Rules of Civil Procedure as well as the Northern District of Texas' Local Rules via electronic filing on this the 2nd day of January, 2018.

> Michael D. Williams
> Texas Bar No. 21464330
> Federal I.D. No: 6982
> mwilliams@brownsims.com
> 1177 West Loop South, Tenth Floor
> Houston, Texas 77027
> 713.629.1580
> 713.629.5027 (Facsimile)
> *Attorneys for Plaintiff*

Cassandra Gandara